UNITED STATES DISTRICT COURT<br>
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: BRITTANY JONES

Alias Name:

Birth Date: 00/00/1991

**Related Case Information**

Superseding Indictment? ■ Yes ☐ No   If yes, original case number: 16-3077-06-CR-BCW (2nd SI)
New Defendant(s)? ■ Yes ☐ No

Prior Complaint Case Number, if any: NA

Prior Target Letter Case Number, if any: NA

**U.S. Attorney Information**

AUSA Josephine Larison, SAUSA

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ■ No
**Warrant Required?** ■ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts: 4

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 21, 22, 23 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |