MINUTE SHEET

**UNITED STATES OF AMERICA**     Date:     January 20, 2017

vs.     Case No.:     16-3077-06-CR-S-BCW

**BRITTANY JONES**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**    Arraignment
                            Detention Hearing
                            Scheduling Conference

**Time Commenced:**     10:15 a.m. (10:29 a.m.)          **Time Terminated:**   10:43 a.m.

**APPEARANCES**

**Plaintiff:**     Josephine M. Larison, AUSA
**Defendant:**    John F. Appelquist, Retained
**USPPTS:**     Joel Woodward

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

*Arraignment*: Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

*Scheduling Conference*: A scheduling order setting forth discovery deadlines will be entered by the Court. Case placed on the 5/8/2017 Joint Criminal Trial Docket.

*Detention Hearing*: The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 88). Arguments made regarding Defendant's custody. The Court finds an adequate basis for release. Defendant has read and agrees to abide by the signed *Appearance Bond* and *Order Setting Conditions of Release*.

<u>Custody</u>: Defendant on bond.

**Courtroom Deputy/ERO: Steve Burch**